IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                          *              CASE NO. 21-30341

      Della Purifoy                          *
                                                  *
                                                  *
                                                  *              CHAPTER 13
                                                  *              CONVERSION TO
                                                  *              CHAPTER 7

NOTICE TO CONVERT CASE
FROM CHAPTER 13 TO CHAPTER 7

        The Debtor, pursuant to 11 U.S.C. Section 1307(a), hereby elects to convert her captioned chapter 13 case under chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert her case because:

      1.      This case, filed on February 25, 2021 is a case under chapter 13 of the Bankruptcy Code.

      2.      The Debtor is eligible to be a debtor under chapter 7 of the Bankruptcy Code.

        **WHEREFORE, THESE PREMISES CONSIDERED,** the Debtor respectfully requests relief under chapter 7 of the Bankruptcy Code.

Respectfully submitted this 29th day of March, 2021.

                                          BOND, BOTES, SHINN & DONALDSON, P.C.

                              By:      /s/ Mary Conner Pool
                                        Attorney for Debtor
                                        P.O. Box 4479
                                        Montgomery, Alabama 36103
                                        Phone (334) 264-3363
                                        Facsimile (334) 230-5406
                                        mpool@bondnbotes.com

CERTIFICATE OF SERVICE

        I hereby certify that I have served a copy of the foregoing notice on all parties listed below by mailing a copy of same to them on this the   29th   day of March, 2021.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)
Chapter 7 Trustee, (via electronic filing)

                                        /s/ Mary Conner Pool
                                        Attorney for Debtor